# PD-0960-15

TO: THE COURT OF CRIMINAL APPEALS
OF TEXAS

NO: PD-0960-15

TOMMIE LEE WILLIAMS, JR, APPELLANT

VS.

THE STATE OF TEXAS

ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
FROM THE TWELFTH COURT OF APPEALS
DALLAS COUNTY - 282 JUDICIAL DISTRICT
COURT

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 07 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
DEC 11 2015
Abel Acosta, Clerk

I AM WRITING IN REGARDS THAT MY P.D.R. WAS IN VIOLATION WITH CERTAIN PROCEDURES THAT WAS NOT CORRECT. THEREFORE, I AM ASKING FOR SOME EXTRA TIME TO SEND IT IN CORRECTLY. THE ORDER STATED THAT I DID NOT SEND A COPY OF THE OPINION OF THE COURT OF APPEALS, AND THAT THE PETITION EXCEEDED PAST IT PROPER PAGE LIMITS.

I WAS GIVING THIRTY DAYS TO REDRAW THE PETITION, BUT DUE TO CERTAIN CIRCUMSTANCES I MAY NOT REACH THE DEADLINE. I ASKING FOR EXTRA TIME TO GET IT REDRAWN AND GET COPIES OF THE COURT OF APPEALS OPINION. I PRAY THAT THE COURT GRANT ME THE TIME I NEED IN THIS MATTER.

RE: CASE NUMBER: 12-14-00186-CR
TRIAL COURT CASE NUMBER: F-1224893-S

I HAVE A QUESTION ABOUT THE COPIES. SHOULD I GET EVERY PAGE COPIED AND SEND TO THE CLERK? JUST TO BE SAFE - I AM GOING TO HAVE THEM ALL COPIED.

RESPECTFULLY SUBMITTED,

TOMMIE LEE WILLIAMS II

*1937981

ROBERTSON UNIT

12071 FM 3522

ABILENE, TX. 79601

THE STATE OF TEXAS

FROM APPEAL NO: F-12-24893

TRIAL CAUSE NO: 12-14-00186 CR

DALLAS COUNTY

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, TOMMIE LEE WILLIAMS, JR., PETITIONER, AND FILES THIS
MOTION FOR AN EXTENSION OF SIXTY (60) DAYS IN WHICH TO FILE
A PETITION FOR DISCRETIONARY REVIEW. IN SUPPORT OF THIS MOTION,
APPELLANT SHOWS THE COURT THE FOLLOWING:

I.

THE PETITIONER WAS CONVICTED IN THE 282ND DISTRICT COURT
OF DALLAS COUNTY, TEXAS OF OFFENSE OF BURGLARY OF
HABITATION IN CAUSE NO. 12-14-00186 CR, STYLED STATE OF
TEXAS VS. TOMMIE LEE WILLIAMS, JR. THE PETITIONER APPEALED TO
THE COURT OF APPEALS, TWELFTH COURT OF APPEALS DISTRICT. THE
CASE WAS AFFIRMED ON JULY 8, 2015.

## II.

THE PRESENT DEADLINE FOR FILING THE PETITION FOR DISCRETIONARY REVIEW IS 12-25-2015. THE PETITIONER HAS NOT REQUESTED ANY EXTENSION PRIOR TO THIS REQUEST.

CATHY S. LUSK, CLERK
COURT OF CRIMINAL APPEALS
1517 WEST FRONT STREET SUITE 354
TYLER, Tx. 75702

DEAR CLERK: CATHY S. LUSK

I AM ASKING FOR YOU TO FILE MY PRO SE MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW. PLEASE FILE THIS MOTION AND BRING IT TO THE ATTENTION OF THE COURT.

RESPECTFULLY SUBMITTED,
Tommie Lee Williams II
#1939981
ROBERTSON UNIT
12071 FM 3522
ABILENE, Tx. 79601